# Exhibit 1

## Production Format Protocol

The parties' preferred production format is database loadable file(s) and TIFF images with specific file types *(see Section 3.2)* provided natively. The load file should contain the metadata associated with a document (e-mail or other).  The data should be de-duplicated globally identifying the custodian(s) in the load file.

1.   **Production Metadata Fields:**

| FIELD | SAMPLE DATA | DESCRIPTION |
|---|---|---|
| DOCID | IM00000001 | Image link control number # of document |
| PRODBEG | IM00000001 | First **Production** bates # of document |
| PRODEND | IM00000004 | Last **Production** bates # of document |
| PRODBEGATTACH | IM00000005 | First **Production** bates # of family range |
| PRODENDATTACH | IM00000015 | Last **Production** bates # of family range |
| PAGECOUNT | 4 | Number of imaged pages |
| ATTCOUNT | 2 | Number of attachments |
| PARENTDOCID | IM00000001 | First bates number of parent document |
| ATTACHDOCIDS | IM00000005; IM00000012 | Bates numbers of attachments |
| ATTACHNAME(S) | Agenda.xls; 10/1/02 Meeting Minutes.pdf | Filename(s) of the attachment(s) |
| FROM | James Smith [mailto:SmithJ@MSN.com] | Senders email address |
| TO | Janice Coffman [mailto:Janice_Coffman@abc.com] | Recipients email address |
| CC | Frank Jones [mailto:frank_Jones@abc.com] | All copied email addresses |
| BCC | John Cain [mailto:jcain@xyz.com] | All blind copied email addresses |
| SUBJECT | 2:00 Conference Call | Email subject |
| SENTDATE | 10/23/2002 | Date email was sent |
| SENTTIME | 07:05 PM | Time email was sent |
| RECEIVEDDATE | 10/23/2002 | Date email was received |
| RECEIVEDTIME | 07:06 PM | Time email was received |
| TIMEZONE | EST | Time zone of custodian |
| SORTDATETIME | 10/23/2002 07:05 PM | Date and time of **Parent** document |
| DOCTITLE | October Meeting Minutes | Title of document |
| AUTHOR | James Smith | Document Author |
| DATECREATED | 10/22/2002 | Creation Date of document |
| TIMECREATED | 5:26 PM | Creation Time of document |
| DATELASTMODIFIED | 10/23/2002 | Date document was last modified |
| TIMELASTMODIFIED | 10:13 PM | Time document was last modified |
| PRIORITY | High | Chose priority if applicable |
| ALL CUSTODIANS | James Smith | Names of all custodians |
| REDACTED | Y | Redaction status of document |
| ORIGFILEPATH | \\Dmjsfs05\EmailServer\Smithj\91614\Email02\Archive Folders\Deleted Items\ | Original location of the file (i.e. Inbox, Deleted messages) |
| DEDUPPEDFILEPATH | \\Dmjsfs05\EmailServer\Jonesa\91675\Email04\\Sent Items\ | Original location where all duplicate files resided (i.e. Inbox, Deleted messages) |
| FILENAME | 2:00 Conference Call.msg | Name of file |
| FILEEXT | .msg | File extension of document |
| DESIGNATION | CONFIDENTIAL | Document designation |
| NATIVEFILEPATH | D:\VOL0001\NATIVES\0001\IM00000005.xls | Path to the documents produced natively |
| CONVERSATIONINDEX | 387652062^&35$@%&*$geg(^#KGDi@1inh | Conversation thread identifier |
| MD5HASH/SHA1HASH | 00095797676579307852 | Unique document identifier |
| TEXTPATH | D:\VOL0001\TEXT\0001\IM00000001.txt | Path to the multi-paged text files |

1

**2. Sort Order**

Documents should be grouped by custodian, sorted in ascending chronological order based on the SORTDATETIME field, ensuring that attachments follow their parent document.

**3. Delivery File Formats**

### 3.1. Image Specifications

All documents produced including those containing redactions, privileged or confidential content and hard copy documents should be produced as follows:

- Black & white single page tiffs (Group IV compression) and 300 DPI
- Tiff images should be named according to the bates number for that page.
  - e.g. IM00000001.tif, IM00000002.tif, IM00000003.tif etc.
- Electronic or hard copy documents or pages that will be provided in color (where agreed) should be provided in JPEG format and 300 DPI and should be named according to the bates number for that page.
  - e.g. IM00000010.jpeg, IM00000032.jpeg, IM00000093.jpeg etc.
- Bates stamping, where required, should be located on the bottom right of each page (tiff or jpeg) in Arial, bold and size 14 font. The bates number must not obscure any part of the underlying content.
- Confidentiality endorsements, where required, should be located on the bottom left of each page (tiff or jpeg) in Arial, bold and size 14 font. The endorsement must not obscure any part of the underlying content.

### 3.2. Native Specifications

- Electronic documents which have not been redacted, and do not lend themselves to useful imaging, should be supplied in native format only accompanied by a placeholder tiff image reading "DOCUMENT PRODUCED IN NATIVE".
  - These files include:
    - Microsoft Excel
    - Microsoft PowerPoint
    - Microsoft Access
    - Microsoft Word (unless track changes are shown)
    - Website files
    - Audio
    - Video
    - and/or any data from proprietary/nonstandard software where the software is also included
- The native files produced should be named the same as the bates number of the corresponding placeholder tiff image, with the associated native file extension.
  - e.g. IM00000021.xls, IM00000036.ppt, IM00000052.mdb, etc.
- The path to the native file should be included in the "NATIVEFILEPATH" field. *(see Section 1)*
- Electronic documents containing redactions, privileged or confidential content need not be accompanied by a native file. *(see Section 3.1)*
- Any native file that is produced in encrypted format or is password-protected should be identified and the password supplied.

### 3.3. Hard copy Specifications

Hard copy paper documents should be scanned and produced according to *Section 3.1.*

- Documents should be logically unitized.
  - Documents should not be merged into a single record or split into multiple records.
- Documents should be coded to maintain the logical document relationship.
  - eg. A binder containing several separate documents behind numbered tabs
    - The binder (Parent) and documents behind each tab (Child(ren)) should be scanned separately and coded to identify and maintain the family relationship in the PRODBEG; PRODEND; PRODBEGATTACH; PRODENDATTACH fields.

### 3.4. Text Specifications

- One multi-paged text file should be provided for every document produced.
- Text files should be named according to the bates number for that page.
- Documents that have been redacted should be OCR'd so that their text file reflects only the non-redacted content of the document.
- The path to the .txt file should be included in the "OCRFILEPATH" field. *(see Section 1)*
- If possible, place page markers at the end of each OCR page.
    - eg. \*\*\*IM00000001\*\*\* or << IM00000001>>
        - The data surrounded by asterisks is the bates number at the page level.

### 3.5. Data Load File Specifications

The load file should contain fields agreed for exchange between the parties. *(see Section 1)*

Metadata and/or coded data should be produced in a load file consistent with the delimiters as follows:

| Value | Character | ASCII Number |
|---|---|---|
| Column | ¶ | 20 |
| Quote | þ | 254 |
| Newline | ® | 174 |
| Multi-Value | ; | 59 |

e.g. þIM00000001 þ¶þIM00000004þ

### 3.6. Image Load Files Specifications

An image cross reference file is needed to link the data to the images viewed. There must be a line in the cross-reference file for every image in the production.

- e.g.  IM00000001,VOL0001,\IMAGES\0001\IM00000001.TIF,Y,,,4
  IM00000002,VOL0001,\IMAGES\0001\IM00000002.TIF,,,,
  IM00000003,VOL0001,\IMAGES\0001\IM00000003.TIF,,,,
  IM00000004,VOL0001,\IMAGES\0001\IM00000004.TIF,,,,

### 3.7. Delivery Folders Specifications

Each production volume delivery should contain 3 folder levels described as follows:

- **Top-Level Folder**
  The first folder in the delivery should be the named in a three-digit numbered sequence, starting with number 1, prefixed 'VOL'.
    - eg.  D:\VOL001
- **Sub-folder level 1**
  The first sub-folder level should contain folders for each data type contained in the delivery. The possible data types are: DATA, NATIVES, TEXT, and IMAGES. All four data types are required for E-Discovery processing deliveries.  DATA, IMAGES, and TEXT are required for scanned paper deliveries.
    - eg. D:\VOL0001\DATA
- **Sub-folder level 2**
  The second sub-folder level should contain the top folder name in addition to a four-digit numbered sequence, starting at one, underneath the NATIVE, TEXT, and IMAGES directories.  These subfolders should contain no more than 2,500 items each.  The DATA directory should contain the data and image load files directly on the folder root.
    - eg. D:\VOL0001\NATIVES\NATIVES0001